UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

STATE FARM FIRE & CASUALTY CO.   CIVIL ACTION NO. 17-cv-0842

VERSUS   JUDGE HICKS

TITEFLEX CORPORATION   MAGISTRATE JUDGE HORNSBY

## MEMORANDUM ORDER

State Farm Fire & Casualty Co. removed this case based on an assertion of diversity jurisdiction. Its notice of removal acknowledges that a corporate party is deemed a citizen of its state of incorporation and the state of its principal place of business.

The notice alleges that defendant Titeflex is incorporated in Connecticut and it has its principal place of business in Tennessee. State Farm alleges that it is incorporated in Illinois, but State Farm does not identify the state in which its principal place of business is located.

It has been stated in other cases that State Farm Fire & Casualty has its principal place of business in Illinois. See, e.g., Roby v. State Farm Fire & Cas. Co., 464 F.Supp. 2d 572, 574 (E.D. La. 2006). The court will deem the notice of removal to allege that State Farm is both incorporated in and has its principal place of business

in Illinois unless State Farm represents otherwise in the case management report, which will be required by a separate order that sets a scheduling conference.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 7th day of July, 2017.

Mark L. Hornsby
U.S. Magistrate Judge